IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>TIMOTHY RHODES and<br>SHUNITA LAVERNE RHODES<br>f/k/a SHUNITA RICE,<br><br>Debtors. | NO. 10-14927<br>CHAPTER 13<br><br><br><br>JUDGE A. BENJAMIN GOLDGAR |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes ROUND POINT MORTGAGE SERVICING CORP., its successors and/or assigns (hereinafter referred to as "ROUND POINT"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on April 5, 2010, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That ROUND POINT is a creditor of the Debtors with respect to a certain *second* mortgage upon real estate, with a common address of 18911 Loretto Ln, Country Club Hills, Illinois 60478.

3. That, on February 17, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. That, as of this date, creditor's records still reflect a pre-petition arrearage in the amount of $2,130.66, as reflected in creditor's proof of claim dated 12/20/2010.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

　　　/s/ Terri M. Long　　　　
　　　TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301   Fax: (708) 922-3302
Atty. for ROUND POINT MORTGAGE SERVICING CORP., its Successors and/or Assigns